# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 23-51-GF-BMM |
| **Plaintiff,** | |
| vs. | **PRELIMINARY ORDER OF FORFEITURE** |
| **MIKAYLA ELIZABETH MAGNUSSEN,** | |
| **Defendant.** | |

THIS MATTER comes before the Court on the United States' Motion for a Preliminary Order of Forfeiture. Defendant Mikayla Elizabeth Magnussen appeared before the Court on September 19, 2023, and entered a plea of guilty to count 2 of the Indictment. She also admitted the forfeiture allegation. Magnussen's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

IT IS ORDERED:

1

THAT Magnussen's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

- 2007 Lexus IS 250 Gray in color with VIN JTHCK262475014362; and
- HS Produkt, Hellcat, 9mm caliber pistol with serial number BA479427.

THAT the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and the Drug Enforcement Administration are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. §§ 924(d) and 982(b)(1), and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

DATED this 19th day of September 2023.

_____
Brian Morris, Chief District Judge
United States District Court